JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN WHITAKER, | Case No. CV 20-10486 FMO (KSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| PUBLIC STORAGE, et al., | |
| Defendants. | |

Pursuant to the Court's Order Dismissing Action, IT IS ADJUDGED THAT the above-captioned action is dismissed as follows:  Plaintiff's First Cause of Action for Violation of the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101, et seq., is **dismissed with prejudice**. Plaintiff's Second Cause of Action for Violation of the Unruh Civil Rights Act, Cal. Civ. Code §§ 51, et seq., is **dismissed without prejudice**.

Dated this 5th day of January, 2022.

/s/
Fernando M. Olguin
United States District Judge